**Opinion issued July 14, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00504-CV

———————————

**HARRIS CENTRAL APPRAISAL DISTRICT F/K/A HARRIS COUNTY APPRAISAL DISTRICT, Appellant**

**V.**

**ENTERPRISE GC LLC, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-73818**

---

## MEMORANDUM OPINION

Appellant Harris Central Appraisal District formerly known as Harris County Appraisal District ("HCAD") filed a notice of appeal from the trial court's April 22, 2024 final judgment rendered in favor of Appellee Enterprise GC LLC. On July 6, 2026, HCAD filed an agreed upon motion to dismiss its appeal informing the Court

that it no longer wishes to pursue this appeal because the parties have reached an agreement in the underlying lawsuit.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, HCAD's motion includes a certificate of conference representing that Enterprise does not oppose the relief requested in HCAD's motion. *See* TEX. R. APP. P. 10.3(a)(2).

We thus grant HCAD's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the parties' agreement, costs and fees are taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.